| Case | Docket | Date | Lower Court |
|---|---|---|---|
| Williams v. Stephano Brothers Real Estate | 2629 EDA 2015 Affirmed | 11/02/2016 | No. 2015–13541 (Montgomery) |
| Kilson v. Top Class Auto, Inc. | 2695 EDA 2015 Affirmed | 11/02/2016 | 907 March Term, 2014 (Philadelphia) |
| Com. v. Davis | 3194 EDA 2015 Affirmed | 11/02/2016 | CP–51–CR–0005487–2013 (Philadelphia) |
| Com. v. Evans | 3292 EDA 2015 Vacated and Remanded | 11/02/2016 | CP–51–CR–0014114–2009 (Philadelphia) |
| Com. v. Edwards | 3492 EDA 2015 Affirmed | 11/02/2016 | CP–23–CR–0000661–2015 (Delaware) |
| Com. v. Everett | 3543 EDA 2015 Affirmed | 11/02/2016 | CP–51–CR–1100801–1995 Affirmed(Philadelphia) |
| Com. v. Chesonis [4] | 332 EDA 2016 Affirmed | 11/02/2016 | CP–45–CR–0002325–2014 (Monroe) |
| P.C. v. S.S. | 517 EDA 2016 Affirmed in Part /Quashed | 11/02/2016 | 2013DR00268 Pacses # 144113794 (Bucks) |
| Com. v. Brown | 1071 EDA 2016 Affirmed | 11/02/2016 | CP–23–CR–0000544–2015 (Delaware) |
| Com. v. Gladden | 252 MDA 2016 Affirmed | 11/02/2016 | CP–22–CR–0006077–2014 (Dauphin) |
| Com. v. Askew | 503 MDA 2016 Affirmed | 11/02/2016 | CP–36–CR–0000515–1989 (Lancaster) |
| Flanagan v. Peoples Choice Fed. Credit Union | 797 MDA 2016 Affirmed | 11/02/2016 | 2014–03496 (Lackawanna) |
| Carney v. Kathardekar | 67 WDA 2016 Affirmed | 11/02/2016 | GD–12–021292 (Allegheny) |
| Com. v. Ferguson [5] | 499 WDA 2016 Affirmed | 11/02/2016 | CP–25–CR–0001279–2004 (Erie) |
| Com. v. Cruz | 1149 EDA 2015 Reversed and Remanded | 11/03/2016 | CP–51–CR–1204731–1994 (Philadelphia) |
| Com. v. Emmett | 2026 EDA 2015 Affirmed | 11/03/2016 | CP–23–CR–0006544–2009 (Delaware) |

4. Petition for reargument denied January 09, 2017.

5. Petition for reargument denied January 06, 2017.